

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00918-CV

IN RE COMMITMENT OF THOMAS LEE ROBERTS, Appellant

Appeal from the 435th District Court of Montgomery County.
(Tr. Ct. No. 12-11-12508-CV).

**TO THE 435TH DISTRICT COURT OF MONTGOMERY COUNTY, GREETINGS:**

Before this Court, on the 25th day of September 2014, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on September 19, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered September 25, 2014.

Panel consists of Justices Jennings, Bland, and Massengale.
Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in
this behalf and in all things to have it duly recognized, obeyed, and executed.

June 26, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

